440 A.2d 1189

**COMMONWEALTH of Pennsylvania,**

v.

**Donald E. MYERS, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 19, 1982.

Decided Feb. 19, 1982.

F. Emmett Fitzpatrick, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Garrold Tennis, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Judgment of sentence affirmed.